MAE DOLSON et al., Respondents, *v.* B. GERTZ, INC., Appellant.

Submitted February 24, 1949; decided March 4, 1949.

*Albert P. Thill* and *John P. Smith* for appellant.

*Gabriel Rubino* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.